**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHN EDWARD GROSS**                                                          **PLAINTIFF**

**v.**                                                                    **No. 3:24-cv-368-MPM-RP**

**L. ROSA**                                                                  **DEFENDANT**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause.  On December 9, 2024, the court entered an order requiring the plaintiff to return a completed 1983 form and motion to proceed in forma pauperis within 21 days of the order. [8]  The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice.  On January 21, 2025, this mail was returned as undeliverable [9] and was re-sent to the plaintiff. Despite this warning, the plaintiff has failed to comply with the court's order, and the original deadline for compliance passed on December 30, 2025, and the deadline to respond to the second mailing passed on February 11, 2025.  Further, the  plaintiff has not updated his address with the court. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 3rd day of March, 2025.


 /s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI